**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Daisha Monet Bonner,<br><br>Defendant. | No. CR-22-00264-001-TUC-SHR (EJM)<br><br>**Order Re: Compassionate Release Request** |

On October 24, 2022, Defendant Daisha Monet Bonner sent a letter addressed to the Court, which the Court construes as a motion for compassionate release. (Doc. 72.) At that time, Defendant was housed at the Central Arizona Florence Correctional Complex ("CAFCC"). (Doc. 72.) On October 28, 2022, the Court ordered the government to file a response (Doc. 73). The Clerk of Court sent a copy of that Order to Defendant at CAFCC and, on November 7, that order was returned as undeliverable with "Released 11-03-2022" handwritten on the envelope. (Doc. 74.) Also on November 7, 2022, the government filed its response, which listed two addresses for Defendant: the Grady County Jail in Oklahoma and FCI Hazelton in West Virginia. (Doc. 75.) The Federal Bureau of Prisons online inmate database also indicates Defendant is "not in BOP custody." https://www.bop.gov/inmateloc/ (search results for "Daisha Bonner" and "Register Number: 84784-509") (last visited: Nov. 15, 2022).

Because Defendant apparently is not in federal custody, the Court denies her motion

for compassionate release as moot. Accordingly,

**IT IS ORDERED** Defendant Daisha Bonner's Motion (Doc. 72) is **DENIED as moot**.

Dated this 16th day of November, 2022.

Honorable Scott H. Rash
United States District Judge